IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IMPALA PLATINUM HOLDINGS LIMITED, et al.**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al.** | **CIVIL ACTION**<br><br>**NO. 13-2930** |

## ORDER AND ENTRY OF JUDGMENT

AND NOW, this 26th day of April, 2016 upon consideration of Plaintiffs' Motion to Lift Stay, Confirm Final Arbitration Award, and Enter Judgment in Conformity with Final Arbitration Award (ECF 42), and any response thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

It is further **ORDERED** that:

1. The stay of proceedings effected by this Court's January 9, 2014 Consent Order is hereby lifted.

2. The Final Award entered by the London Court of Arbitration ("LCIA"), LCIA No. 142657, dated December 9, 2015, is confirmed.

3. In accordance with the terms of the Award, final judgment is hereby entered in favor of Plaintiffs Impala Platinum Holdings Limited and Impala Refining Services Limited (collectively, "Impala") and against Defendant A-1 Specialized Services and Supplies, Inc. ("A-1"), as follows:

    a. A-1 is ordered to pay Impala damages in the amount of $189,668,037.20.

  b. A-1 is further ordered to pay Impala pre-award interest in the amount of $9,699,000, as calculated and agreed upon by Impala and A-1.

  c. A-1 is further ordered to pay Impala post-judgment interest in the amount of $10,392.77 per day, running from December 10, 2015, for each day that the award remains outstanding.

  d. A-1 is further ordered to pay Impala the amount of $172,229 (the U.S. dollar equivalent, as of December 9, 2015, of the GBP 115,021.38 awarded by the arbitration panel), representing the registration fee and advances paid by Impala on account of the arbitration costs of the proceedings before the LCIA.

  e. A-1 is further ordered to pay Impala the amount of $1,844,064.62, being the whole of Impala's legal and other costs incurred in the arbitration proceeding before the LCIA.

4. Defendant's Motion to Vacate the Arbitration Award (ECF 46) is DENIED

5. Defendant's Motion for Leave to File Correct Exhibit and Supplement Record in Support of Motion to Vacate (ECF 63) is GRANTED, in light of Plaintiffs' non-opposition.

        BY THE COURT:

        /s/ Michael M. Baylson

        MICHAEL M. BAYLSON
        United States District Court Judge

O:\CIVIL 13\13-2930 impala platinum v. A-1 specialized\13cv2930 Order and Entry of Judgment 04252016.docx